UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                                        :

UNITED STATES OF AMERICA    :    DOCKET Nº 3:05CR19 (JCH)
                                                        :

        v.                                         :

VIKTOR NOVOSSELOV               :

                  Defendant.    :

                                                        :    NOVEMBER 7, 2005
---------------------------------------------------------x

**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

     Defendant, Viktor Novosselov, by his attorney, Ethan Levin-Epstein, pursuant to Title 18, United States Code, §§ 3142(a) and 3145(a)(2) & (b), hereby requests that the conditions of his release be modified from their current status to that described below. This Motion is not opposed by the United States:

1. Posting of a $250,000 bond, secured by $100,000 cash.

2. Electronic monitoring to be arranged by Pretrial Services in the Southern District of New York

3. Reporting to Pretrial Services in the Southern District of New York as required by that Office.

4. A curfew requiring defendant to be within the area of the electronic monitoring between the hours of 8:00 pm and 6:00 am.

5. Travel restricted to the Southern District of New York, the Eastern District of New York, the District of Connecticut and (for work purposes only) the District of New Jersey.

-2-

6. Such other standard conditions of release that are ordinarily ordered by this Court.

                              RESPECTFULLY SUBMITTED,
                              THE DEFENDANT


By: /s/ *Ethan Levin-Epstein*
Ethan Levin-Epstein (Fed. Bar Nº ct01566)
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT  06511
Tel.   (203) 777-4425
Fax   (203) 776-3965
E-mail elevin-epstein@garrisonlaw.com

-3-

## CERTIFICATION

      This is to certify that a true copy of the within and foregoing Motion for Modification of Conditions of Release was sent by facsimile [(203) 773-5378] and mailed this 7th day of November, 2005, by First Class mail, postage prepaid, to the following attorney of record:

Michael S. McGarry, Esq.
Assistant United States Attorney
United States Attorney's Office
District of Connecticut
157 Church Street (23rd Floor)
P.O. Box 1824
New Haven, CT 06508

                                                /s/  *Ethan Levin-Epstein*
                                                Ethan Levin-Epstein