# GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.

ATTORNEYS AT LAW
405 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511

JOSEPH D. GARRISON
ETHAN A. LEVIN-EPSTEIN*†
LEWIS CHIMES*†
ROBERT A. RICHARDSON
STEPHEN J. FITZGERALD*
LYNDA A. RIZZO
ALEXANDRA K. BLOCK

TEL. 203-777-4425
FAX. 203-776-3965
WWW.GARRISONLAW.COM

\* ALSO ADMITTED TO NEW YORK BAR
† ALSO ADMITTED TO MASSACHUSETTS BAR

April 11, 2007

Honorable Janet C. Hall
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: United States v. Viktor Novosselov
    Docket № 3:05CR00019 (JCH)

Dear Judge Hall:

I have received, this day, via the court's electronic filing system, the Judgment in a Criminal Case in the referenced case.

I note that, notwithstanding your specific statement at the sentencing that the defendant should receive credit for the approximately six months he served in pretrial detention against the sentence of 54 months you imposed, there is no reference to that six months in the Judgment. Although I understand that the Court cannot, at this juncture, order the Bureau of Prisons how to give the defendant that credit, it is not mentioned at all, even under the heading of "Judicial Recommendation(s) to the Bureau f Prisons."

Therefore, I respectfully request that language be included in the Judgment – at least under the heading of Judicial Recommendations – to the effect that the defendant should get credit for the more than six months he has already served.

Very truly yours,

Ethan Levin-Epstein

ELE/cm
c: Michael S. McGarry, Esq.
    Assistant United States Attorney
   Mr. Viktor Novosselov