UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
                                    :
UNITED STATES OF AMERICA            :     DOCKET № 3:05CR19 (JCH)
                                    :
       v.                           :
                                    :
VIKTOR NOVOSSELOV,                  :
                                    :
              Defendant.            :
                                    :     MAY 8, 2007
---------------------------------------------------------x

**DEFENDANT'S FIRST MOTION TO EXTEND TIME FOR SELF-SURRENDER**

By this Motion, the above-captioned defendant, through his attorney, Ethan Levin-Epstein, Esq., respectfully requests that the Court issue an Order extending the date for his self-surrender by thirty (30) days, from May 14, 2007 to June 13, 2007.  In support of the Motion, the defendant states:

1. On March 29, 2007 the defendant was sentenced, on his plea of guilty, to 54 months confinement, with credit to be given for 6 months previously served in pretrial detention.

2. His application for self-surrender was granted and he was ordered to surrender on May 14, 2007 or earlier if he was designated by the Bureau of Prison (hereafter "BOP") to a facility before then.

3. Additionally, the Court recommended that he be designated to the minimum security camp at the BOP facility at Otisville, New York.

4. On April 30, 2007, the undersigned was advised by the United States Marshals Service that the defendant had been designated to the Northeast Ohio Correctional Facility.

-2-

5. In discussions the undersigned had with officials of the BOP, he was advised that the designation was based on the fact that the defendant's status as a naturalized American citizen had not yet been confirmed and, therefore, he could not be designated as recommended by the Court unless and until it was.

6. In the ensuing days, the undersigned forwarded copies of the defendant's Certificate of Naturalization and American passport to the BOP representative handling defendant's case. He also confirmed with Probation Officer C.J. Wagenstein-Vega that she had spoken with the BOP representative and that the BOP was now satisfied that the defendant was a naturalized American citizen.

7. The undersigned than spoke again with the BOP representative, who advised that the defendant would be redesignated based on the confirmed information, but that she was not sure how long that would take.

8. It is for the above reasons that this brief continuance of the defendant's date of self-surrender is requested.

9. The undersigned has discussed this motion with Assistant United States Michael S. McGarry, the AUSA in charge of the case. He has authorized me to represent to the Court that the government does not object to the granting of this motion and takes no position as to where the defendant should be designated.

10. This is the defendant's first motion for an extension of time to self-surrender.

WHEREFORE, it is respectfully requested that the Court issue an Order extending the time for the defendant's self-surrender for 30 days, until June 13, 2007, unless he is designated prior to that date and directed by the Bureau of Prisons to self-surrender before then.

-3-

RESPECTFULLY SUBMITTED,
THE DEFENDANT


By: /s/ *Ethan Levin-Epstein*
Ethan Levin-Epstein (Federal Bar No. ct01566)
Garrison, Levin-Epstein, Chimes & Richardson, PC
405 Orange Street
New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965
E-mail: elevin-epstein@garrisonlaw.com


**CERTIFICATION**

I HEREBY CERTIFY that on the 8th day of May, 2007, a copy of the foregoing **Defendant's First Motion to Extend Time for Self-Surrender** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.


/s/ *Ethan Levin-Epstein*
Ethan Levin-Epstein (Fed. Bar N° ct01566)
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511
Phone: (203) 777-4425
Fax: (203) 776-3965
elevin-epstein@garrisonlaw.com