UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| Plaintiff, | : | |
| | : | CIVIL NO. 3:05CR019(JCH) |
| v. | : | |
| | : | |
| | : | |
| VICTOR NOVOSSELOV | : | |
| Defendant. | : | April 4, 2008 |

ORDER

The Government is hereby ORDERED to file any objection it has to the request to release bond money in this case no later than April 16, 2008.

SO ORDERED.

Dated at Bridgeport, Connecticut this 4th day of April, 2008.

                                              /s/ Janet C. Hall
                                            Janet C. Hall, U.S.D.C.